# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1152
LT Case No. 2023-DR-73-DVAX

_____

VIVIAN VONCEL LANHAM,

Appellant,

v.

MICHAEL LAWAYNE WHITE,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven Fahlgren, Judge.

Rami M. Ashouri, of Law Office of Rami M. Ashouri, PLLC,
Jacksonville, for Appellant.

No Appearance for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————